AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

Michael Goldfarb

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03 - 12406 GAO**

TO: (Name and address of Defendant)

Michael Goldfarb
73 Roy Avenue
Holliston, MA 01746

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE 12-01-03

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                 Date              Signature of Server

_____
Address of Server



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

*Middlesex, ss.*

March 4, 2004

I hereby certify and return that on 3/2/2004 at 1:12PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, CORP DISCLOSURE in this action in the following manner: To wit, by delivering in hand to MICHAEL GOLDFARB at , 73 ROY Avenue, HOLLISTON, MA 01746. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($10.88) Total Charges $49.88

FRAMINGHAM

_____
Deputy Sheriff