FILED
IN CLERKS OFFICE

2004 NOV 12 P 12: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (EASTERN DIVISION)

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL GOLDFARB<br><br>Defendants. | No. 03-12406 GAO<br><br>STIPULATION AND ORDER OF DISMISSAL RE MICHAEL GOLDFARB |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff DIRECTV, Inc. and Defendant Michael Goldfarb pursuant to *Fed. R. Civ. P.* 41(a)(1)(ii), it is hereby stipulated and agreed that the same be and hereby is dismissed without costs against either party, with prejudice, as to Defendant Michael Goldfarb, , except that the Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

///
///
///
///

DATED: ~~October~~ November 10, 2004.

Presented by:

By _____
John M. McLaughlin (BBO No. 556328)
Green, Miles, Lipton & Fitz-Gibbon,
77 Pleasant Street
P.O. Box 210
(413) 586-0865
(413) 584-6278 (Fax)

By: _____
Michael Goldfarb
73 Roy Avenue
Holliston, MA 01746

Attorneys for Plaintiff DIRECTV

Defendant Michael Goldfarb

**IT IS SO ORDERED.**

DATED: _____, 2004.

_____
United States District Court Judge